B7 (Official Form 7) (04/10)

<div style="text-align: center;">

**United States Bankruptcy Court**
**Northern District of Georgia**

</div>

IN RE:                                                                                    Case No. <u>11-41777</u>

<u>Rubber Wholesalers, Inc.</u>                                                           Chapter <u>11</u>

<div style="text-align: center;">Debtor(s)</div>

<div style="text-align: center;">

## STATEMENT OF FINANCIAL AFFAIRS

</div>

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<div style="text-align: center;">

*DEFINITIONS*

</div>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None □ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,138,247.00 | 2011 Gross Revenues to Date |
| 8,402,506.00 | 2010 Gross Revenues |
| 7,482,871.00 | 2009 Gross Revenues |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<div style="transform: rotate(-90deg);">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

None

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Advanced Polymer Technology** P.O. Box 1690 Harmony, PA  16037 | **Feb & May 2011** | **40,316.00** | **184,014.00** |
| **Anchorage Ventures** 211 Anchorage Drive Beaufort, SC  29907 | **Feb. & Apr 2011** | **9,612.00** | **30,500.00** |
| **Cooper Transportation & Logistics** | **May 2011** | **7,450.00** | **0.00** |
| **Creekside Bank** 3590 Cobb Parkway NW Acworth, GA  30101 | **Mar & Apr 2011** | **10,072.00** | **415,000.00** |
| **Earth Contours, Inc.** 17 Salacoa Creek Road Waleska, GA  30183 | **Mar & Apr 2011** | **20,563.00** | **44,285.00** |
| **Georgia Bank & Trust** P.O. Box 12050 Calhoun, GA  30703 | **Mar - May 2011** | **12,324.00** | **24,578.00** |
| **Georgia Power** 241 Ralph McGill Bvld Atlanta, GA  30308 | **Mar - Apr 2011** | **17,004.00** | **0.00** |
| **Isotec International, Inc.** P.O. Box 1249 Canton, GA  30169 | **April 2011** | **12,722.00** | **31,104.00** |
| **Luckey Recycling** 473 Macedonia Road Mendenhall, MS  39114 | **Mar - April 2011** | **13,877.00** | **26,564.00** |
| **Premier Rubber** 55 Roame Street Farmingdale, NY  11735 | **Mar & May 2011** | **59,777.00** | **47,500.00** |
| **Prime Rate Premium Finance Corp., Inc.** | **Mar - May 2011** | **16,151.00** | **0.00** |
| **Ramcast Ornamental Supply Co., Inc.** | **April 2011** | **5,703.00** | **0.00** |
| **RTH Processing, Inc.,** P.O. Box 466 Delphos, OH  45833 | **May 2011** | **18,350.00** | **49,999.00** |
| **Rubber King Mulch** | **May 2011** | **9,736.00** | **0.00** |
| **Rubber Trails & Surfaces** 9489 Opal Avenue Mentone, CA  92359 | **Mar - Apr 2011** | **70,711.00** | **221,199.00** |
| **Secoa Technology** | **Fev - Apr 2011** | **8,555.00** | **0.00** |
| **Stockmeier Urethanes** P.O. Box 1456 Clarksburg, WV  26302 | **Apr & May 2011** | **53,051.00** | **16,246.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None

*c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Rubber Trails & Surfaces** | **Mar. & May 2011** | **20,100.00** | **221,199.00** |

9489 Opal Avenue
Mentone, CA  92359
sister corp

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bank of America v. Rubber Wholesalers, Inc., Rubber Trails Surfaces, Inc., Harris Investment Group, LLC, & Terry Harris** **11CV58413** | **Civil Action** | **Superior Court** **Gordon County Georgia** | **pending** |
| **Box 1, Inc., v. Rubber Wholesalers, Inc.,** **11CV58585** | **Civil Action** | **Superior Court** **Gordon County Georgia** | **pending** |
| **White Bag Company, Inc. v. Rubber Wholesalers, Inc.** **11CV4927** | **Civil Action** | **Municipal Court** **Muscogee County, Georgia** | **judgment - garnishment** |

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Evan M. Altman, Esq.,** **Building 2** | **May 23, 2011** | **21,000.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**8325 Dunwoody Place**
**Atlanta, GA  30350**
**04/19/2011 - $  5,000.00 received for Pre-Bankruptcy work**
**05/20/2011 - $16,000.00 received from the Debtor which was totally paid back to Bank of America pursuant to a cash collateral order**
**06/09/2011 $16,000 received from a non-debtor source**

### 10. Other transfers

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Terry Harris** | **hot oil press** | **Ranger GA** |
| **1186 Liberty Church Road** | **$5,000.00 fmv** | |
| **Ranger, GA  30734** | | |

### 15. Prior address of debtor

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Rubber Wholesalers, Inc.** | 7029 | P.O. Box 128 Ranger, GA  30734 | manufacture products with recycled rubber | 1996 to Present |

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

| None | |
|---|---|
| ☐ | a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Wilensky & Co., PC**<br>**Suite 430**<br>**5887 Glenridge Drive**<br>**Atlanta, GA  30328** | **on-going** |
| **Gary Hollis**<br>**P.O. Box 128**<br>**Ranger, GA  30734** | **2007 to Present** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Wilensky & Co., PC**<br>**Suite 430**<br>**5887 Glenridge Drive**<br>**Atlanta, GA  30328** | **2009** |

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Creekside Bank**<br>**3590 Cobb Parkway NW**<br>**Acworth, GA  30101** | **2009** |
| **Bank Of America**<br>**101 N. Tryon Street**<br>**Charlotte, NC  28255** | **2009 & on-going** |
| **London Manhattan Group**<br>**Suite 204**<br>**400 Ocean Trail Way**<br>**Jupiter, FL  33477** | **April 2011** |
| **Advanced Polymer Technology**<br>**P.O. Box 1690**<br>**Harmony, PA  16037** | **April 2011** |
| **Liberty Tire Recycling**<br>**301 Wellco Lane**<br>**Calhoun, GA  30701** | **April 2011** |

## 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis) |
|---|---|---|
| **March 31, 2011, & May 31, 2011** | **Chris Alred** | **$483,000.00 March 31, 2011**<br>**$420,000.00 May 31, 2011** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **March 31, 2011; &, May 31, 2011** | **Gary Hollis**<br>**P.O. Box 128**<br>**Ranger, GA  30734** |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Terry Harris**<br>**1186 Liberty Church Road**<br>**Ranger, GA  30734** | **President / CEO / Treasurer** | **100% ownership** |
| **Jennifer Harris**<br>**1186 Liberty Church Road**<br>**Ranger, GA  30734** | **VP/Secretary** | **0% ownership** |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Terry Harris**<br>**1186 Liberty Church Road**<br>**Ranger, GA  30734**<br>**President** | **compensation**<br>**May 2010 - May 2011** | **$97,005.30 gross**<br>**$60,000.00 re-invested back into the company** |
| **Jennifer Harris**<br>**1186 Liberty Church Road**<br>**Ranger, GA  30734**<br>**VP** | **May 2010 through May 2011**<br>**compensation** | **$54,115.42** |
| **Susan Harris**<br>**1186 Liberty Church Road**<br>**Ranger, GA  30734**<br>**employee** | **May 2010 through May 2011**<br>**compensation** | **$25,000.94** |

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION PLAN | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| **Rubber Wholesalers, Inc., 401k Plan** | **xx-7029** |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 21, 2011**                    Signature: ***/s/ Terry Harris***

**Terry Harris, President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Rubber Wholesalers, Inc.**                                    Case No. **11-41777**
_____        _____
Debtor(s)                                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **commercial land/building Ranger GA** | | C | **500,000.00** | **517,925.00** |
| | | TOTAL | **500,000.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Rubber Wholesalers, Inc.** _____    Case No. **11-41777** _____
                                        Debtor(s)                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **business checking account - Bank of America** | C | 379.00 |
| | | **business checking account - Creekside Bank** | C | 214.00 |
| | | **business checking account - Georgia Bank & Trust** | C | 2,373.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.**                                    Case No. **11-41777**
_____                    _____
Debtor(s)                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **accounts receivables:**<br>**Allturf; Athletic Specialties; Bliss Products & Service; Bluegrass Recreational Products, Inc., Courts & Greens, Green Site Solutions, LLC; Liberty Tire; Park Pride Atlanta; Play Core; Play Safe Surfacing; Play Space Services; Payground Solutions, Inc,; Rainbow Turf Products; Re-Tek, Inc.; Richland School District II; Roberson Industries; Rubber Designs; Russell Corporate Groups, Inc.; Southern Playgrounds, Inc.; Spencer Creek Commercial Recreational Pro; Steelscape, Inc; and, Royal Glen Turf Merchants** | C | 396,050.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1989 KW Truck Tractor** | C | 1,000.00 |
| | | **2000 GMC 3500 Truck** | C | 1,500.00 |
| | | **2003 Ford F-150** | C | 1,500.00 |
| | | **2004 Ford F-150** | H | 5,885.00 |
| | | **2005 New Holland Loader** | C | 0.00 |
| | | **2007 Ford Expedition** | C | 8,500.00 |

**B6B (Official Form 6B) (12/07) - Cont.**

IN RE **Rubber Wholesalers, Inc.**                                                    Case No. **11-41777**
_____                                          _____
                        Debtor(s)                                                           (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **2008 F-350 Flat Bed Truck** | C | 15,000.00 |
| | | **2008 F-350 Flat Bed Truck** | C | 15,000.00 |
| | | **45' Dunham Storage Trailer** | C | 1,000.00 |
| | | **Anderson G/N Trailer** | C | 2,500.00 |
| | | **budd storage trailers (2)** | C | 2,000.00 |
| | | **dorsey 40' storage trailer** | C | 800.00 |
| | | **Ford L 9000** | C | 100.00 |
| | | **fruehauf 45' storage trailer** | C | 1,000.00 |
| | | **fruehauf storage trailer (3)** | C | 3,000.00 |
| | | **great dane storage trailers (2)** | C | 2,000.00 |
| | | **miller 45' storage trailer** | C | 1,000.00 |
| | | **pines storage trailer** | C | 1,000.00 |
| | | **stoughton storage trailer** | C | 1,000.00 |
| | | **Strick Storage 45' Trailer** | C | 1,000.00 |
| | | **Strick Storage Trailer** | C | 1,000.00 |
| | | **superior storage trailer** | C | 1,000.00 |
| | | **theurer storage trailer** | C | 1,000.00 |
| | | **theurer transamerica storage trailer** | C | 1,000.00 |
| | | **trailmobile storage trailer (2)** | C | 1,000.00 |
| | | **trailmobile storage trailer 45' (2)** | C | 2,000.00 |
| | | **trans america storage terailer (3)** | C | 1,000.00 |
| | | **ttsi storage trailer** | C | 1,000.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **various office equipment** | C | 2,000.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.**                                                    Case No. **11-41777**
_____                        _____
Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **equipment, extruder equipment & business assets, conveyor, stear loaders (2), 2006 Bradco Backhoe, hydraulic press tables (25) & essick mixers (9), hydraulic press tables (17) & essick mixers (6); alimstroke truck tire buffers (4); owlife forklift tire buffers (6); owlife blade sharpener (2); chicago blower fan; classifer (2); used blower fan; case skidsteer; 5000lb forklifts (7); bobcat skidsteer; loma metal detector head; loma metal detectors (2); blade sharpener; new holland skidsteer (3); owlife offroad buffer (2); t.l. smith mixer (4); belt magnet (3); drum magnet; jem bagger (2); jem bagger conveyor; jem bag kicker; jem bag flattener; pallet wrapper; air compressor; hopper; cnoveyor (5); heat press; mixers (4); air dryer (pneumatech) mixer conveyor; incline conveyor (2); mixer feed hopper; offload conveyor metal detector; coveyor to bagger; crown bag sealer; conveyor under mixer (2); feed hopper (2); swivel feed conveyor (2); bagger feed conveyor; marklift scissors lift; nrm extruder; crown mixer; whiteman mixer; screen master screen (2); h&m g/n trailer; all pro b/p trailer; destoner; cyclone; destoner blower; box dumper; carosell; water bath & vacuum chamber; extrusion puller; sweco 5' separator; air dryer; cts colloing tower; lift tables (2); 100 ton press; owlift o r tire buffer (2);** | C | 568,851.00 |
| 30.  Inventory. | | **inventory: material supplies & finished product** | C | 359,065.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **1,402,717.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___**0**___ continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/10)**

IN RE **Rubber Wholesalers, Inc.**      Case No. **11-41777**

Debtor(s)            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Rubber Wholesalers, Inc.** _____    Case No. **11-41777**
_____ Debtor(s) _____ (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Banc Of America Leasing & Capital, LLC**<br>**Suite 400**<br>**305 West Big Beaver**<br>**Troy, MI 48084** | X | C | **equipment loan**<br>**conveyor, stear loaders (2)**<br><br>VALUE $ | | | | 19,627.00 | 19,627.00 |
| ACCOUNT NO.<br>**Bank Of America**<br>**101 N. Tryon Street**<br>**Charlotte, NC 28255** | X | C | **mortgage**<br>**commercial land/building**<br>**Ranger GA**<br><br>VALUE $ **500,000.00** | | | | 517,925.00 | 17,925.00 |
| ACCOUNT NO.<br>**Bank Of America**<br>**101 N. Tryon Street**<br>**Charlotte, NC 28255** | X | C | **loan & line of credit**<br>**collaterized equipment; inventory &**<br>**finished product**<br><br>VALUE $ **927,916.00** | | | | 2,042,339.00 | 1,114,423.00 |
| ACCOUNT NO.<br>**Bank of America**<br>**c/o Beth Rogers, Esq.,**<br>**100 Peachtree Street, Ste. 1950**<br>**Atlanta, GA 30303** | X | J | **pending civil suit**<br>Bank of America v. Rubber Wholesalers, Inc., Rubber Trails Surfaces, Inc., Harris Investment Group, LLC, & Terry Harris<br>11CV58413<br>**secured loans**<br>VALUE $ **500,000.00** | | | | 0.00 | |

**1** continuation sheets attached

Subtotal
(Total of this page) $ **2,579,891.00** | $ **1,151,975.00**

Total
(Use only on last page) $ _____ | $ _____

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07) - Cont.**

IN RE **Rubber Wholesalers, Inc.** _____   Case No. **11-41777**
                     Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Creekside Bank**<br>**3590 Cobb Parkway NW**<br>**Acworth, GA  30101**<br><br>VALUE $ | X | C | **SBA Loan**<br>**presses & other quipment** | | | | 415,000.00 | 415,000.00 |
| ACCOUNT NO.<br><br>**Ford Motor Company**<br>**P.O. Box 105697**<br>**Atlanta, GA  30348**<br><br>VALUE $ | X | C | **auto loan**<br>**2007 Ford Expedition** | | | | 10,027.00 | 10,027.00 |
| ACCOUNT NO.<br><br>**Georgia Bank & Trust**<br>**P.O. Box 12050**<br>**Calhoun, GA  30703**<br><br>VALUE $ **30,000.00** | X | C | **vehicle loans**<br>**2008 F-350 Flat Bed Trucks (2);**<br>**2005 New Holland Loader; &**<br>**2006 Bradco Backhoe** | | | | 24,578.00 | |
| ACCOUNT NO. **2839**<br><br>**Whitel Bag Company, Inc.**<br>**P.O. Box 15358**<br>**North Little Roack, AR  72231**<br><br>VALUE $ | | C | **civil action judgment - vendor**<br>**White Bag Company, Inc. v. Rubber**<br>**Wholesalers, Inc.**<br>**11CV4927** | | | | 6,448.00 | 6,448.00 |
| ACCOUNT NO.<br><br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br><br>VALUE $ | | | | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **456,053.00** | $ **431,475.00** |
| Total<br>(Use only on last page) | $ **3,035,944.00** | $ **1,583,450.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Rubber Wholesalers, Inc.** _____ Case No. **11-41777** _____
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

<div align="center">

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

</div>

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**3**_____ continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Rubber Wholesalers, Inc. _____ Case No. **11-41777**
                Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Anchorage Ventures 211 Anchorage Drive Beaufort, SC  29907** | C | | unpaid sales commissions | | | | **31,500.00** | **31,500.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **31,500.00** | $ **31,500.00** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Rubber Wholesalers, Inc.**                                                Case No. **11-41777**
_____                        _____
                              Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Contributions to employee benefit plans
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rubber Wholesalers, Inc., 401k**<br>**P.O. Box 128**<br>**Ranger, GA  30734** | C | | **401k contribution** | | | | **37,237.00** | **37,237.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**2**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ **37,237.00** | $ **37,237.00** | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Rubber Wholesalers, Inc.**                                              Case No. **11-41777**
_____                    _____
Debtor(s)                                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Georgia Department Of Labor P.O. Box 740234 Atlanta, GA  30374** | C | | employment taxes | | | | 2,570.00 | 2,570.00 | |
| ACCOUNT NO. <br> **Georgia Department Of Revenue P.O. Box 740399 Atlanta, GA  30374** | C | | state employee withholding | | | | 7,856.00 | 7,856.00 | |
| ACCOUNT NO. <br> **Internal Revenue Service P.O. Box 7346 Phildelphia, PA  19101-7346** | C | | payroll taxes | | | | 40,689.00 | 40,689.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**3**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **51,115.00** $ **51,115.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ **119,852.00**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ **119,852.00** $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Rubber Wholesalers, Inc.**                                                    Case No. **11-41777**
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6430**<br>**A.Duie Pyle, Inc.**<br>**P.O. Box 564**<br>**West Chester, PA  19381** | C | | vendor | | | | **30.00** |
| ACCOUNT NO.<br>**AAA Cooper Transporatiton**<br>**P.O. Box 6827**<br>**Dothan, AL  36302** | C | | accounts (2)<br>xx-0513<br>xx-6988 | | | | **179.00** |
| ACCOUNT NO.<br>**Advanced Polymer Technology**<br>**P.O. Box 1690**<br>**Harmony, PA  16037** | C | | vendor accounts (11)<br>-2132; -2988; -3442; -4506<br>-2133; -2989; -3646; -4507<br>-2901; -3443; -0514 | | | | **184,014.00** |
| ACCOUNT NO.<br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX  75265** | C | | corporate credit cards | | | | **32,425.00** |

**11** continuation sheets attached

Subtotal (Total of this page) $ **216,648.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.**                                    Case No. **11-41777**
_____              _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2411**<br>**Andalusia Tire Co., Inc.,**<br>**P.O. Box 446**<br>**Andalusia, AL 36420** | C | | vendor | | | | 2,883.00 |
| ACCOUNT NO. **4116**<br>**Applied Indurstrial Technologies**<br>**22510 Network Place**<br>**Chicago, IL 60673** | C | | vendor | | | | 1,286.00 |
| ACCOUNT NO. **187**<br>**Axis Rubber Co.**<br>**P.O. Box 1412**<br>**Melbourne, FL 32902** | C | | vendor | | | | 19,800.00 |
| ACCOUNT NO.<br>**Blalock Machine Shop**<br>**160 Hardy Road**<br>**Calhoun, GA 30701** | C | | vendor accounts (3)<br>-8799; -8896; -8974 | | | | 17,795.00 |
| ACCOUNT NO.<br>**Box 1, Inc.,**<br>**P.O. Box 882**<br>**Dalton, GA 30722** | C | | vendor accounts (12)<br>-2041; -2038; -2711; -2955<br>-2710; -2785; -2784; -3011<br>-2958; -2957; 29*56; -3012 | | | | 58,983.00 |
| ACCOUNT NO.<br>**Box 1, Inc.,**<br>**c/o Jonathan L. Bledsoe, Esq.,**<br>**P.O. Box 2586**<br>**Dalton, GA 30722** | J | | pending civil suit<br>**Box 1, Inc., v. Rubber Wholesalers, Inc.,**<br>**11CV58585** | | | | 0.00 |
| ACCOUNT NO. **1174**<br>**Buddy's Forklift Service**<br>**640 Fashion Circle**<br>**Chatsworth, GA 30705** | C | | vendor | | | | 75.00 |

Sheet no. _____**1** of _____**11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **100,822.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.** _____ Case No. **11-41777**
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Calhoun Plastics & Chemicals** <br> **P.O. Box 1295** <br> **Calhoun, GA  30703** | | C | vendor accounts (2) <br> -9477 & -9693 | | | | 10,980.00 |
| ACCOUNT NO. **5756** <br> **CIMS** <br> **2204 Industrial South Road** <br> **Dalton, GA  30721** | | C | vendor | | | | 1,910.00 |
| ACCOUNT NO. **A01** <br> **Colorbiotics** <br> **P.O. Box 535038** <br> **Atlanta, GA  30353** | | C | vendor | | | | 655.00 |
| ACCOUNT NO. **6504** <br> **Composite & Casting Supply** <br> **Suite C** <br> **50-37th Street NE** <br> **Auburn, WA  98002** | | C | vendor | | | | 7,373.00 |
| ACCOUNT NO. **20-00** <br> **Construction Equipment Parts, Inc.** <br> **P.O. Box 671026** <br> **Dallas, TX  75267** | | C | vendor | | | | 52.00 |
| ACCOUNT NO. <br> **Coosa Steel** <br> **P.O. Box 187** <br> **Rome, GA  30162** | | C | vendor accounts (2) <br> -8339 & 0435 | | | | 2,453.00 |
| ACCOUNT NO. **8925** <br> **Diversified Safety** <br> **P.O. Box 741801** <br> **Boynton Beach, FL  33474** | | C | vendor | | | | 1,145.00 |

Sheet no. _____ **2** of _____ **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ................ $ **24,568.00**
(Total of this page)

Total ................
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.**                                                                    Case No. **11-41777**
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **24-01**<br>**Dunn & Bradstreet**<br>**Suite 1793**<br>**75 Remittance Drive**<br>**Chicago, IL  60675** | | C | vendor | | | | 1,000.00 |
| ACCOUNT NO.<br>**Earth Contours, Inc.**<br>**17 Salacoa Creek Road**<br>**Waleska, GA  30183** | | C | vendor accounts (10)<br>-2261; -2264; -2263; -2276; -2283<br>-2284; -2282; -2285; -2300; 2301 | | | | 44,285.00 |
| ACCOUNT NO.<br>**EverBank Commercial Finance**<br>**Dept. #1608**<br>**Denver, CO  80291** | | C | vendor accounts (4)<br>-0208; -0308; -0408; -0508 | | | | 64.00 |
| ACCOUNT NO.<br>**Fastenal**<br>**P.O. Box 978**<br>**Winona, MN  55987** | | C | vendor accounts (5)<br>-7750; -7825; -8045;<br>-8335; -8399 | | | | 118.00 |
| ACCOUNT NO.<br>**Federal Express**<br>**P.O. Box 94515**<br>**Palatie, IL  60094** | | C | vendor accounts (4)<br>-7770; -0316; -1481; -3956 | | | | 260.00 |
| ACCOUNT NO.<br>**Fitzmaurice Web Design**<br>**107 Chickering Way**<br>**Dalton, GA  30720** | | C | vendor accounts (2)<br>1929 & 1971 | | | | 1,066.00 |
| ACCOUNT NO. **5313**<br>**Georgia Labor Law Poster Service**<br>**Suite A**<br>**165 Courtland Street NE**<br>**Atlanta, GA  30303** | | C | vendor | | | | 67.00 |

Sheet no. _____**3** of _____**11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ **46,860.00** |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.** _____    Case No. **11-41777**
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Georgia Natural Gas**<br>**P.O. Box 105445**<br>**Atlanta, GA  30348** | | C | **utilities accounts (6)**<br>**-9721; -7781; -7781;**<br>**-6721; -7781; -7781** | | | | 8,958.00 |
| ACCOUNT NO. <br><br>**Global Rubber, Inc.**<br>**805 Moore Street**<br>**Baraboo, WI  53913** | | C | **multiple vendor accounts** | | | | 111,175.00 |
| ACCOUNT NO. <br><br>**Great River Bag & Supply**<br>**P.O. Box 16247**<br>**Des Moines, IA  50316** | | C | **vendor accounts (2)**<br>**xx-2016; xx-2035** | | | | 18,513.00 |
| ACCOUNT NO. <br><br>**Gulf Coast Trans, Inc.**<br>**P.O. Box 6322**<br>**Clearwater, FL  33758** | | C | **vendor accounts (10)**<br>**0631; 0630; 0638; 0640; 0647**<br>**0648; 0649; 0651; 0652; 0639** | | | | 30,150.00 |
| ACCOUNT NO. **0084**<br><br>**Hollander Co.**<br>**P.O. Box 2165**<br>**Calhoun, GA  30703** | | C | **vendor** | | | | 2,041.00 |
| ACCOUNT NO. <br><br>**Ideal Leasing Services**<br>**1613 Abutment Road**<br>**Dalton, GA  30721** | | C | **vendor accounts (7)**<br>**2883; 2937; 2993; 43051;**<br>**3119; 3178; 3244** | | | | 7,450.00 |
| ACCOUNT NO. <br><br>**Industrial Scales**<br>**Suite 615**<br>**4295 Cromwell Road**<br>**Chattanooga, TN  37421** | | C | **vendor accounts (2)**<br>**8249; & 8603** | | | | 280.00 |

Sheet no. _____**4**___ of _____**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **178,567.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.**                                    Case No. **11-41777**
_____
　　　　　　　Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Isotec International, Inc.**<br>**P.O. Box 1249**<br>**Canton, GA  30169** | | C | **vendor accounts (6)**<br>**1595; 1975; 1997;**<br>**2637; 2720; 2832** | | | | **31,104.00** |
| ACCOUNT NO. **6260**<br>**JR Industries**<br>**9872 Main Street**<br>**Woodstock, GA  30188** | | C | **vendor** | | | | **65.00** |
| ACCOUNT NO.<br>**Ken Johnson Logistics, LLC**<br>**P.O. Box 163**<br>**Oakman, GA  30732** | | C | **vendor accounts (4)**<br>**2777; 2776; 2880; 2933** | | | | **31,104.00** |
| ACCOUNT NO.<br>**Kirks**<br>**1735 US Highway 411 SE**<br>**Fairmount, GA  30139** | | C | **vendor accounts (12)**<br>**0459; 1698; 1566; 9869**<br>**9933; 9441; 9767; 1818**<br>**1980; 1146; 1965; 1214** | | | | **8,750.00** |
| ACCOUNT NO.<br>**Liberty Tire Recycling**<br>**301 Wellco Lane**<br>**Calhoun, GA  30701** | | C | **multiple vendor accounts** | | | | **159,565.00** |
| ACCOUNT NO.<br>**Luckey Recycling**<br>**473 Macedonia Road**<br>**Mendenhall, MS  39114** | | C | **vedor accounts (8)** | | | | **26,564.00** |
| ACCOUNT NO. **146**<br>**Marty King**<br>**934 Kings Court**<br>**Woodstock, GA  30189** | | C | **vendor account** | | | | **700.00** |

Sheet no. _____**5**___ of ____**11**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **257,852.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.**        Case No. **11-41777**
             Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MCI** <br> **-Please Provide Address-** | | C | business account | | | | **53.00** |
| ACCOUNT NO. <br> **McMaster Carr** <br> **P.O. Box 7690** <br> **Chicago, IL  60680** | | C | vendor accounts (10) | | | | **781.00** |
| ACCOUNT NO. <br> **Midwest Elastomers** <br> **P.O. Box 631124** <br> **Cincinnati, OH  60680** | | C | vendor account (2) | | | | **10,504.00** |
| ACCOUNT NO. **2125** <br> **New Riverside Ochre Co.** <br> **P.O. Box 460** <br> **Cartersville, GA  30120** | | C | vendor | | | | **7,140.00** |
| ACCOUNT NO. **0451** <br> **Norville Industries** <br> **P.O. Box 608** <br> **Dalton, GA  30722** | | C | account | | | | **1,989.00** |
| ACCOUNT NO. <br> **Nubiola** <br> **P.O. Box 933111** <br> **Atlanta, GA  31193** | | C | vendor accounts (2) <br> 6589; & 7071 | | | | **40,631.00** |
| ACCOUNT NO. <br> **OTS Manufacturing & Supply** <br> **Suite F; PMB 333** <br> **100 Old Cherokee Road** <br> **Lexington, SC  29072** | | C | vendor accounts (2) <br> 9983; 10231 | | | | **28,543.00** |

Sheet no. _____ **6** of _____ **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **89,641.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.** _____   Case No. **11-41777**
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4339** <br><br> **Philip Beamer** <br> **P.O. Box 42** <br> **Calhoun, GA  30703** | C | | vendor | | | | 1,745.00 |
| ACCOUNT NO. <br><br> **Phoenix** <br> **17 West 14 Mile Road** <br> **Clawson, MI  48017** | C | | vendor accounts (4) | | | | 1,220.00 |
| ACCOUNT NO. <br><br> **Premier Rubber** <br> **55 Roame Street** <br> **Farmingdale, NY  11735** | C | | vendor accounts (12) | | | | 47,500.00 |
| ACCOUNT NO. **7702** <br><br> **R&L Carriers** <br> **P.O. Box 713153** <br> **Columbus, OH  43271** | C | | vendor | | | | 105.00 |
| ACCOUNT NO. <br><br> **Rainbow Carpet Mills, Inc.** <br> **1314 U.S. Hwy 411 SE** <br> **Fairmount, GA  30139** | C | | lease deficiency | | | | 29,693.00 |
| ACCOUNT NO. **0562** <br><br> **Re-Tek** <br> **P.O. Box 9** <br> **Utica, KY  42376** | C | | vendor | | | | 243.00 |
| ACCOUNT NO. **1113** <br><br> **Recycled Tires, Inc.** <br> **Suite B** <br> **9489 Opal Avenue** <br> **Mentone, CA  92359** | C | | vendor | | | | 821.00 |

Sheet no. _____**7**_ of ____**11**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **81,327.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.** _____ Case No. **11-41777**
                Debtor(s)                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Reeves Hardware**<br>**P.O. Box 264**<br>**Fairmount, GA  30139** | C | | vendor accounts (6) | | | | 496.00 |
| ACCOUNT NO.<br>**Rental Service Corporation**<br>**P.O. Box 840514**<br>**Dallas, TX  75284** | C | | vendor accounts (12) | | | | 5,238.00 |
| ACCOUNT NO.<br>**RTH Processing, Inc.,**<br>**P.O. Box 466**<br>**Delphos, OH  45833** | C | | vendor accounts (4) | | | | 49,989.00 |
| ACCOUNT NO.<br>**Rubber Trails & Surfaces**<br>**9489 Opal Avenue**<br>**Mentone, CA  92359** | C | | vendor accounts (19) | | | | 221,199.00 |
| ACCOUNT NO.<br>**Ryerson**<br>**P.O. Box 905716**<br>**Charlotte, NC  28290** | C | | vendor accounts (7) | | | | 4,723.00 |
| ACCOUNT NO.<br>**Southeastern Freight**<br>**P.O. Box 1691**<br>**Columbia, SC  29202** | C | | vendor accounts (19) | | | | 4,096.00 |
| ACCOUNT NO.<br>**Sprint**<br>**P.O. Box 8077**<br>**London, KY  40742** | C | | vendor accounts (2) | | | | 44.00 |

Sheet no. _____**8** of _____**11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **285,785.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Rubber Wholesalers, Inc.**                                   Case No. **11-41777**
_____              _____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Staples** <br> **-Please Provide Address-** | | C | vendor accounts (2) | | | | **515.00** |
| ACCOUNT NO. **4173** <br> **Stockmeier Urethanes** <br> **P.O. Box 1456** <br> **Clarksburg, WV 26302** | | C | vendor | | | | **16,246.00** |
| ACCOUNT NO. <br> **Suburban Propane** <br> **P.O. Box 74067** <br> **Richmond, VA 23236** | | C | vendor accounts (2) <br> 1052 & 1123 | | | | **415.00** |
| ACCOUNT NO. **1017** <br> **Sull Graphics** <br> **Suite 120** <br> **1100 Northmeadow Pkwy** <br> **Roswell, GA 30076** | | C | vendor | | | | **145.00** |
| ACCOUNT NO. <br> **Sunbelt Rental** <br> **P.O. Box 281961** <br> **Atlanta, GA 30384** | | C | vendor accounts (8) | | | | **6,607.00** |
| ACCOUNT NO. **7999** <br> **The Bailey Co.** <br> **P.O. Box 202688** <br> **Dallas, TX 75320** | | C | vendor | | | | **299.00** |
| ACCOUNT NO. **90710** <br> **The Hartford** <br> **-Please Provide Address-** | | C | vendor | | | | **230.00** |

Sheet no. _____**9**___ of ____**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **24,457.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.** _____   Case No. **11-41777**
                                           Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9982** <br><br>**Thomas, Kayden, Hortsemeyer & Risley LLP Suite 1500 600 Galleria Pkwy SE Atlanta, GA  30339** | | C | account | | | | **5,909.00** |
| ACCOUNT NO. <br><br>**Unishippers P.O. Box 120247 Melbourne, FL  32912** | | C | vendor accounts (5) | | | | **2,507.00** |
| ACCOUNT NO. <br><br>**United HealthCare Dept. CH 10151 Palatine, IL  60055** | | C | vendor accounts (2) | | | | **24,734.00** |
| ACCOUNT NO. <br><br>**UPS P.O. Box 7247-0244 Philadelphia, PA  19170** | | C | vendor accounts (5) | | | | **841.00** |
| ACCOUNT NO. <br><br>**Vaughn, Leggett & Clements, LLC 109 West Hicks Street Clahoun, GA  30701** | | C | vendor accounts (4) | | | | **2,118.00** |
| ACCOUNT NO. <br><br>**Verizon Wireless P.O. Box 660108 Dallas, TX  75266** | | C | vendor accounts (2) | | | | **892.00** |
| ACCOUNT NO. **7111** <br><br>**Vessel Farms Trucking 18603 East Hwy 144 Union Star, KY  40171** | | C | vendor account | | | | **945.00** |

Sheet no. _____ **10** of _____ **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,946.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rubber Wholesalers, Inc.**                                                       Case No. **11-41777**
_____                    _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3818** <br><br>**Waste Services Of Georgia** <br>**2207 Industrial South Road** <br>**Dalton, GA  30720** | | C | vendor | | | | **419.00** |
| ACCOUNT NO. <br><br>**Wells Fargo** <br>**P.O. Box 7777** <br>**San Francisco, CA  94120** | | C | vendor accounts (5) | | | | **2,233.00** |
| ACCOUNT NO. <br><br>**Wilensky & Co., PC** <br>**Suite 430** <br>**5887 Glenridge Drive** <br>**Atlanta, GA  30328** | | C | accountants | | | | **15,150.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**11** of _____**11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **17,802.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ **1,362,275.00**

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**B6G (Official Form 6G) (12/07)**

IN RE **Rubber Wholesalers, Inc.** _____    Case No. **11-41777** _____

<div align="center">Debtor(s)</div>    <div align="right">(If known)</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Rubber Wholesalers, Inc.** _____ Case No. **11-41777**
_____ Debtor(s) _____ (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Harris Investment Group, LLC** | **Bank Of America**<br>**101 N. Tryon Street**<br>**Charlotte, NC  28255**<br><br>**Bank Of America**<br>**101 N. Tryon Street**<br>**Charlotte, NC  28255**<br><br>**Banc Of America Leasing & Capital, LLC**<br>**Suite 400**<br>**305 West Big Beaver**<br>**Troy, MI  48084**<br><br>**Georgia Bank & Trust**<br>**P.O. Box 12050**<br>**Calhoun, GA  30703**<br><br>**Creekside Bank**<br>**3590 Cobb Parkway NW**<br>**Acworth, GA  30101**<br><br>**Ford Motor Company**<br>**P.O. Box 105697**<br>**Atlanta, GA  30348**<br><br>**Bank of America**<br>**c/o Beth Rogers, Esq.,**<br>**100 Peachtree Street, Ste. 1950**<br>**Atlanta, GA  30303** |
| **Rubber Trails & Surfaces**<br>**9489 Opal Avenue**<br>**Mentone, CA  92359** | **Bank Of America**<br>**101 N. Tryon Street**<br>**Charlotte, NC  28255**<br><br>**Bank Of America**<br>**101 N. Tryon Street**<br>**Charlotte, NC  28255**<br><br>**Banc Of America Leasing & Capital, LLC**<br>**Suite 400**<br>**305 West Big Beaver**<br>**Troy, MI  48084**<br><br>**Georgia Bank & Trust**<br>**P.O. Box 12050**<br>**Calhoun, GA  30703**<br><br>**Creekside Bank**<br>**3590 Cobb Parkway NW**<br>**Acworth, GA  30101** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                    Case No. **11-41777** _____

**Rubber Wholesalers, Inc.** _____    Chapter **11** _____
                    Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                    $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2.  Gross Monthly Income:                                          $ _____**327,786.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)                      $ _____**30,804.00**
   4.  Payroll Taxes                                                  $ _____**3,611.00**
   5.  Unemployment Taxes                                            $ _____
   6.  Worker's Compensation                                         $ _____**3,370.00**
   7.  Other Taxes                                                   $ _____
   8.  Inventory Purchases (Including raw materials)                 $ _____**134,996.00**
   9.  Purchase of Feed/Fertilizer/Seed/Spray                        $ _____
  10.  Rent (Other than debtor's principal residence)                $ _____
  11.  Utilities                                                      $ _____**2,000.00**
  12.  Office Expenses and Supplies                                   $ _____**475.00**
  13.  Repairs and Maintenance                                        $ _____**500.00**
  14.  Vehicle Expenses                                               $ _____**1,942.00**
  15.  Travel and Entertainment                                       $ _____**1,100.00**
  16.  Equipment Rental and Leases                                    $ _____**1,565.00**
  17.  Legal/Accounting/Other Professional Fees                       $ _____**13,827.00**
  18.  Insurance                                                      $ _____
  19.  Employee Benefits (e.g., pension, medical, etc.)              $ _____
  20.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
      Business Debts (Specify):                                  $ _____

  21.  Other (Specify):                                              $ _____**108,596.00**
     **See Continuation Sheet**

  22.  Total Monthly Expenses (Add items 3-21)                       $ _____**302,786.00**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

  23.  **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)  $ _____**25,000.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rubber Wholesalers, Inc.**                                         Case No. **11-41777**

Debtor(s)

## BUSINESS INCOME AND EXPENSES
### Continuation Sheet - Page 1 of 1

Other:

| | |
|---|---|
| Manufacturing Labor | 60,079.00 |
| Sales Commissions | 5,762.00 |
| Pour-N-Place Costs | 12,170.00 |
| Warranty Costs | 1,049.00 |
| Fuel - Factory Equipment | 1,434.00 |
| Freight Out | 4,656.00 |
| Group Medical Insurance | 730.00 |
| Advertising & Marketing | 507.00 |
| Banking & Finance Costs | 2,048.00 |
| Dues And Subcriptions | 50.00 |
| Insurance - Auto | 1,451.00 |
| Insurance - Commercial Property | 2,051.00 |
| Insurance - Liability | 4,575.00 |
| Insurance - Umbrella | 681.00 |
| Insurance - Officer | 1,228.00 |
| Postage & Delivery | 1,006.00 |
| Telecommunicatons | 3,100.00 |
| 1% Gross Sales | 4,767.00 |
| Tools & Equipment | 833.00 |
| Security | 260.00 |
| Facility Supplies | 159.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07) - Cont.**

IN RE **Rubber Wholesalers, Inc.**                                             Case No. **11-41777**
<div style="text-align:center">Debtor(s)</div>                                                  (If known)

<div align="center">

### SCHEDULE H - CODEBTORS
### (Continuation Sheet)

</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Terry Harris**<br>**1186 Liberty Church Road**<br>**Ranger, GA  30734** | **Ford Motor Company**<br>**P.O. Box 105697**<br>**Atlanta, GA  30348**<br><br>**Bank of America**<br>**c/o Beth Rogers, Esq.,**<br>**100 Peachtree Street, Ste. 1950**<br>**Atlanta, GA  30303**<br><br>**Bank of America**<br>**c/o Beth Rogers, Esq.,**<br>**100 Peachtree Street, Ste. 1950**<br>**Atlanta, GA  30303** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Northern District of Georgia

IN RE:                                                          Case No. __11-41777__

__Rubber Wholesalers, Inc.__                                    Chapter __11__
_____
Debtor(s)

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 500,000.00 | | |
| B - Personal Property | Yes | 4 | $ 1,402,717.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 3,035,944.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 119,852.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $ 1,362,275.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 27 | $ 1,902,717.00 | $ 4,518,071.00 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### Northern District of Georgia

**IN RE:**

Case No. **11-41777**

**Rubber Wholesalers, Inc.**

Chapter **11**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **21,000.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **21,000.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Debtor has been provided with a copy or Rights & Responsibilities as required by the U.S. Bankruptcy Code.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| **June 21, 2011** | **/s/ Evan M. Altman, Esq.,** |
|---|---|
| Date | **Evan M. Altman, Esq., 014066**<br>**Evan M. Altman, Esq**<br>**8325 Dunwoody Place, Building 2**<br>**Atlanta, GA  30350-3307**<br>**(770) 394-6466  Fax: (678) 405-1903**<br>**evan.altman@laslawgroup.com** |

B6 Declaration (Official Form 6 - Declaration)  (12/07)

IN RE Rubber Wholesalers, Inc. _____    Case No. __11-41777__
                                                 Debtor(s)                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                                                                    Debtor

Date: _____    Signature: _____
                                                                                                                          (Joint Debtor, if any)
                                                                     [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Rubber Wholesalers, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**28** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 21, 2011** _____    Signature: ***/s/ Terry Harris*** _____

                                                 **Terry Harris** _____
                                                                                      (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Anchorage Ventures
211 Anchorage Drive
Beaufort, SC  29907


Georgia Department Of Labor
P.O. Box 740234
Atlanta, GA  30374


Georgia Department Of Revenue
P.O. Box 740399
Atlanta, GA  30374


Internal Revenue Service
P.O. Box 7346
Phildelphia, PA  19101-7346


Rainbow Carpet Mills, Inc.
1314 U.S. Hwy 411 SE
Fairmount, GA  30139


Rubber Wholesalers, Inc., 401k
P.O. Box 128
Ranger, GA  30734